Jennifer Hoekel
HUSCH BLACKWELL LLP
Nevada State Bar Number 12775
8001 Forsyth Boulevard, Suite 1500
St. Louis, Missouri 63105
Phone: (314) 345-6123
Fax: (314) 480-1505
Email: jennifer.hoekel@huschblackwell.com

*Attorneys for Defendant SilverSummit Health Plan, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## SOUTHERN DIVISION

| | |
|---|---|
| DIGNITY HEALTH, a California non-profit public benefit corporation, d/b/a ST. ROSE DOMINICAN HOSPITAL,<br><br>Plaintiff,<br><br>v.<br><br>SILVERSUMMIT HEALTH PLAN, INC.; DOES 1 THROUGH 25; and ROES 1 THROUGH 25,<br><br>Defendants. | Case No. 25-CV-00576<br><br>Formerly Case No. A-25-912754-C<br><br>Eighth Judicial District Court<br>Clark County, Nevada<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES** |

Defendant SilverSummit Health Plan, Inc. ("SilverSummit"), by its attorneys, submits this Corporate Disclosure Statement and Certificate of Interested Parties pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1 and states as follows:

1. SilverSummit is a wholly owned subsidiary of Centene Corporation.

2. The undersigned attorney of record for SilverSummit certifies that there are no known persons, associations of persons, firms, partnerships, or corporations that may have a direct, pecuniary interest in the outcome of this case, other than the parties participating in the case.

**HUSCH BLACKWELL LLP**

By: <u>s/ Jennifer Hoekel</u>
    8001 Forsyth Boulevard, Suite 1500
    St. Louis, Missouri 63105

    Abraham J. Souza (*Pro Hac Vice* Forthcoming)
    8001 Forsyth Boulevard, Suite 1500
    St. Louis, Missouri 63105
    Phone: (314) 345-6225
    Fax: (314) 480-1505
    Email: abraham.souza@huschblackwell.com

***Attorneys for SilverSummit Health Plan, Inc.***

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent to the following counsel of record for plaintiff by email and U.S. Mail on March 28, 2025:

Scott Van Alfen
500 North Brand Boulevard, Suite 1450
Glendale, California 91203
svalfen@sacfirm.com

　　　　　　　　　　　　*s/ Jennifer Hoekel*