1  LAW OFFICES OF STEPHENSON, ACQUISTO &
   COLMAN
2  500 North Brand Blvd, Suite 1450
3  Glendale, CA 91203
   (818) 559-4477
4

5  SCOTT B. VAN ALFEN (NEVADA BAR 5532)
   LOCAL COUNSEL
6  690 Magnum Ct.
   Henderson, NV  89052
7  (818) 559-4477
8  Svalfen@sacfirm.com

9
   Attorney for Plaintiffs, DIGNITY HEALTH, a
10 California non-profit public benefit corporation, d/b/a
   ST. ROSE DOMINICAN HOSPITAL-SIENA
11 CAMPUS

12

13

14              **UNITED STATES DISTRICT COURT**

15              **DISTRICT OF NEVADA**

16

| | |
|---|---|
| 17 DIGNITY HEALTH, a California non-<br>profit public benefit corporation, d/b/a ST.<br>18 ROSE DOMINICAN HOSPITAL, | Case No.: 2:25-cv-00576-JAD-EJY |
| 19                    Plaintiff, | STIPULATION AND [PROPOSED]<br>ORDER TO EXTEND TIME TO<br>RESPOND TO DEFENDANT'S MOTION<br>TO DISMISS BY NOT MORE THAN 10<br>DAYS (L.R. 6-1) |
| 20         vs. | (FIRST REQUEST TO EXTEND) |
| 21 SILVERSUMMIT HEALTH PLAN, INC.;<br>22 DOES 1 THROUGH 25; AND ROES 1<br>THROUGH 25, | |
| 23                    Defendants. | REMOVAL served:        03/28/25<br>Defendant's Motion<br>To Dismiss Filed        04/04/25<br>Current response date:   04/18/25<br>New response date:      04/28/25 |

24

25

26

27

28

1    Pursuant to Local Rule 6-1, Plaintiff, DIGNITY HEALTH ("DIGNITY"), and

2    Defendant, SILVERSUMMIT HEALTH PLAN, INC. ("SILVERSUMMIT"), by and

3    through their respective counsel of record, hereby stipulate as follows:

4

5    WHEREAS, DIGNITY served its Complaint in State Court, which was then

6    Removed to Federal Court on March 28, 2025, and SILVERSUMMIT filed its Motion to

7    Dismiss on April 4, 2025;

8

9    WHEREAS, the parties have been engaged in discussions to determine whether

10    this matter should be resolved in court or in arbitration in light of the existence of other

11    disputes between the parties for which DIGNITY has submitted an arbitration demand;

12    WHEREAS, DIGNITY currently has until April 18, 2025, to file its Response to

13    SILVERSUMMIT'S Motion to Dismiss, and this Stipulation would extend the deadline

14    by not more that 10 days through and including April 28, 2025;

15

16    WHEREAS, this is the first time DIGNITY has requested an extension of time to

17    file its Response;

18    WHEREAS, good cause exists to extend the deadline in light of the parties'

19    discussions referenced above;

20

21    ///

22    ///

23    ///

24

25

26

27

28

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, **that DIGNITY shall file its Response to SILVERSUMMIT's Motion to Dismiss by end of day April 28, 2025.**

Dated: April 17th, 2025

STEPHENSON, ACQUISTO & COLMAN

*Scott B. Van Alfen*

_____

SCOTT B. VAN ALFEN
Attorney for
DIGNITY HEALTH

Dated: April 17, 2025

KAEMPFER CROWELL

*/s/ Louis M. Bubala III*

_____

LOUIS M. BUBALA III
Attorney for
SILVERSUMMIT HEALTH PLAN, INC.

IT IS SO ORDERED,

By: _____
U.S. DISTRICT COURT JUDGE

Dated this 22nd day of April, 2025.