KAEMPFER CROWELL
Louis M. Bubala III
Nev. Bar No. 8974
50 W. Liberty Street, Suite 1100
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
E-Mail: lbubala@kcnvlaw.com

KAEMPFER CROWELL
Kristopher J. Kalkowski
Nev. Bar. No. 14892
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
E-Mail: kkalkowski@kcnvlaw.com

HUSCH BLACKWELL LLP
Abraham J. Souza
*Admitted Pro Hac Vice*
8001 Forsyth Blvd., Ste. 1500
St. Louis, Missouri 63105
Telephone: (314) 345-6225
Facsimile: (314) 480-1505
E-Mail: abraham.souza@huschblackwell.com

*Attorneys for Defendant*
*SilverSummit Health Plan, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIGNITY HEALTH, a California non-profit public benefit corporation, d/b/a ST. ROSE DOMINICAN HOSPITAL,<br><br>Plaintiff,<br><br>vs.<br><br>SILVERSUMMIT HEALTH PLAN, INC.; DOES 1 THROUGH 25; and ROES 1 THROUGH 25,<br>Defendants. | Case No. 2:25-cv-00576-JAD-EJY<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR SUBMISSION OF DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(First Request)** |

Plaintiff Dignity Health d/b/a St. Rose Dominican Hospital ("Dignity Health"), and defendant SilverSummit Health Plan, Inc. ("SilverSummit"), by their attorneys, request a 30-day extension of the current deadline of May 12, 2025, for the parties to submit a stipulated discovery plan and scheduling order in light of the court's forthcoming hearing on SilverSummit's fully

briefed motion to dismiss. The deadline to submit a stipulated discovery plan and scheduling order has not been extended before, and the parties submit that good cause supports this extension request as required by Local Rule IA 6-1(a).

SilverSummit removed this case from the Eighth Judicial District Court, Clark County, Nevada, on March 28, 2025. Dkt. 1. Local Rule 26-1(a) requires the parties to participate in the scheduling conference required by Fed. R. Civ. P. 26(f) within 30 days after the defendant answers or otherwise appears, and then to submit a stipulated discovery plan and scheduling order within 14 days after the Rule 26(f) conference. The current deadline for the parties to submit a stipulated discovery plan and scheduling order is therefore May 12, 2025.

The parties request a 30-day extension of this current deadline in light of the forthcoming hearing on SilverSummit's fully briefed motion to dismiss, which is scheduled May 27, 2025, at 1:30 p.m. Dkt. 18; *see also* Dkt. 4 (SilverSummit's motion to dismiss); Dkt. 14 (Dignity Health's response); Dkt. 17 (SilverSummit's reply). The hearing and any subsequent order issued by the court regarding SilverSummit's motion to dismiss may impact the nature and scope of the claims asserted in Dignity Health's original or any forthcoming amended complaint and, thus, the nature and scope of any discovery in this case. Accordingly, the parties request an extension of 30 days, through and including June 11, 2025, to submit a stipulated discovery plan and scheduling order.

Dated: May 6, 2025

                                      STEPHENSON, ACQUISTO & COLMAN

                                      By: s/ Scott B. Van Alfen_____
                                      Scott B. Van Alfen

                                      *Attorney for Plaintiff Dignity Health*

|   |   |
|---|---|
| 1 | HUSCH BLACKWELL LLP |
| 2 | By: s/ Abraham J. Souza |
|   | Abraham J. Souza |
| 3 | *Admitted Pro Hac Vice* |
| 4 | *Attorney for Defendant SilverSummit Health Plan, Inc.* |

**IT IS SO ORDERED**.

Dated this 6th day of May, 2025.

_____
UNITED STATES MAGISTRATE JUDGE