| | |
|---|---|
| KAEMPFER CROWELL<br>Louis M. Bubala III<br>Nev. Bar No. 8974<br>50 W. Liberty Street, Suite 1100<br>Reno, Nevada 89501<br>Telephone: (775) 852-3900<br>Facsimile: (775) 327-2011<br>E-Mail: lbubala@kcnvlaw.com | KAEMPFER CROWELL<br>Kristopher J. Kalkowski<br>Nev. Bar No. 14892<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br>Telephone: (702) 792-7000<br>Facsimile: (702) 796-7181<br>E-Mail: kkalkowski@kcnvlaw.com |

HUSCH BLACKWELL LLP
Abraham J. Souza
*Admitted Pro Hac Vice*
8001 Forsyth Blvd., Ste. 1500
St. Louis, Missouri 63105
Telephone: (314) 345-6225
Facsimile: (314) 480-1505
E-Mail: abraham.souza@huschblackwell.com

*Attorneys for Defendant*
*SilverSummit Health Plan, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIGNITY HEALTH, a California non-profit public benefit corporation, d/b/a ST. ROSE DOMINICAN HOSPITAL,<br><br>Plaintiff,<br><br>vs.<br><br>SILVERSUMMIT HEALTH PLAN, INC.; DOES 1 THROUGH 25; and ROES 1 THROUGH 25,<br>Defendants. | Case No. 2:25-cv-00576-JAD-EJY<br><br>**AMENDED STIPULATION AND ORDER EXTENDING DEADLINE FOR SUBMISSION OF DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(Second Request)** |

Plaintiff Dignity Health d/b/a St. Rose Dominican Hospital ("Dignity Health"), and defendant SilverSummit Health Plan, Inc. ("SilverSummit"), by their attorneys, request an extension of the current deadline of June 11, 2025, for the parties to submit a stipulated discovery plan and scheduling order. The parties submit that good cause supports this extension request as

required by Local Rule IA 6-1(a).

The court previously extended the deadline for the parties to submit a stipulated discovery plan and scheduling order from May 12, 2025, to June 11, 2025, in light of the hearing on SilverSummit's motion to dismiss Dignity Health's original complaint, which took place on May 27, 2025. Dkt. 18 (minute order scheduling hearing for May 27); Dkt. 20 (order granting extension request). At the motion hearing, the court granted SilverSummit's motion to dismiss, dismissed the complaint without prejudice, and granted Dignity Health leave to file an amended complaint within 15 days—*i.e.*, by June 11, the same day that the stipulated discovery plan and scheduling order is currently due. Dkt. 22.

In light of the court's dismissal of the original complaint and the forthcoming amended complaint, the parties ask the court to extend the deadline for the parties to submit a stipulated discovery plan and scheduling order until 14 days after the court rules on any forthcoming motion to dismiss the amended complaint (assuming any portion of the amended complaint survives), or until 14 days after SilverSummit answers the amended complaint in the event no motion to dismiss is filed.

***Proposal in the event SilverSummit files a motion to dismiss***

As noted above, the amended complaint is due by June 11, 2025. Dkt. 22. Under Fed. R. Civ. P. 15(a)(3), SilverSummit's responsive pleading will be due within 14 days, *i.e.*, by June 25, 2025. If SilverSummit moves to dismiss on June 25, 2025, Dignity Health's response brief will be due July 9, 2025, and SilverSummit's reply will be due July 16, 2025. *See* Local Rule 7-2(b). In the event SilverSummit files a motion to dismiss, the parties request that the stipulated discovery plan and scheduling order be due 14 days after the court rules on the motion to dismiss, assuming any portion of the amended complaint survives.

*Proposal in the event SilverSummit does not file a motion to dismiss*

In the event SilverSummit answers the amended complaint on June 25, 2025, in lieu of filing a motion to dismiss, the parties request that the stipulated discovery plan and scheduling order be due 14 days after SilverSummit files its answer—*i.e.*, by July 9, 2025.

***

As noted above, an operative complaint is not currently on file, and the amended complaint and the court's resolution of any forthcoming motion to dismiss may impact the nature and scope of the claims at issue and, thus, the nature and scope of any discovery in this case. Accordingly, the parties request this second extension of time to submit a stipulated discovery plan and scheduling order, as set forth in detail above.

Dated: June 5, 2025

        STEPHENSON, ACQUISTO & COLMAN

        By: s/ Scott B. Van Alfen
        Scott B. Van Alfen

        *Attorney for Plaintiff Dignity Health*

        HUSCH BLACKWELL LLP

        By: s/ Abraham J. Souza
        Abraham J. Souza
        *Admitted Pro Hac Vice*

        *Attorney for Defendant SilverSummit Health Plan, Inc.*

**IT IS SO ORDERED.**

Dated this 5th day of June, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

HB: 4925-7894-0234.2