1   KAEMPFER CROWELL                          KAEMPFER CROWELL
    Louis M. Bubala III                       Kristopher J. Kalkowski
2   Nev. Bar No. 8974                         Nev. Bar. No. 14892
    50 W. Liberty Street, Suite 1100          1980 Festival Plaza Drive, Suite 650
3   Reno, Nevada 89501                        Las Vegas, Nevada 89135
    Telephone: (775) 852-3900                 Telephone:  (702) 792-7000
4   Facsimile:  (775) 327-2011                Facsimile:   (702) 796-7181
    E-Mail: lbubala@kcnvlaw.com               E-Mail: kkalkowski@kcnvlaw.com
5
    HUSCH BLACKWELL LLP
6   Abraham J. Souza
    *Admitted Pro Hac Vice*
7   8001 Forsyth Blvd., Ste. 1500
    St. Louis, Missouri 63105
8   Telephone: (314) 345-6225
    Facsimile: (314) 480-1505
9   E-Mail: abraham.souza@huschblackwell.com

10  *Attorneys for Defendant*
    *SilverSummit Health Plan, Inc.*
11
                    UNITED STATES DISTRICT COURT
12
                        DISTRICT OF NEVADA
13

14  DIGNITY HEALTH, a California non-profit    Case No. 2:25-cv-00576-JAD-EJY
    public benefit corporation, d/b/a ST. ROSE
    DOMINICAN HOSPITAL,                        **STIPULATION AND ORDER**
15                                             **EXTENDING DEADLINE FOR**
                                               **SILVERSUMMIT TO ANSWER FIRST**
16                  Plaintiff,                 **AMENDED COMPLAINT AND**
                                               **FOR THE PARTIES TO SUBMIT A**
    vs.                                        **PROPOSED DISCOVERY PLAN AND**
17                                             **SCHEDULING ORDER**

18  SILVERSUMMIT HEALTH PLAN, INC.;            **(First and Third Requests, Respectively)**
    DOES 1 THROUGH 25; and ROES 1
19  THROUGH 25,
                    Defendants.
20

21          Plaintiff Dignity Health d/b/a St. Rose Dominican Hospital ("Dignity Health"), and

22  defendant SilverSummit Health Plan, Inc. ("SilverSummit"), by their attorneys, submit this

23  stipulation and order, extending the deadline for SilverSummit to answer the first amended

24  complaint and for the parties to submit a proposed discovery plan and scheduling order by

HB: 4917-0295-1263.2

1    approximately 30 days, from August 21, 2025, through and including September 22, 2025.  The

2    parties submit that good cause supports this extension request.

3         This is a payor-provider dispute, alleging that SilverSummit underpaid Dignity Health for

4    certain healthcare services claims.  On August 7, 2025, the court dismissed counts II and III of the

5    three-count, first amended complaint.  Dkt. 41.  Under Fed. R. Civ. P. 12(a)(4), SilverSummit's

6    answer to count I of the amended complaint is due by August 21, 2025.  The parties' proposed

7    discovery plan and scheduling order is likewise due that same day.  Dkt. 30 at 2 (stipulation and

8    order extending deadline to submit proposed discovery plan and scheduling order until 14 days

9    after the court's ruling on SilverSummit's motion to dismiss, assuming any portion of the amended

10   complaint survives).

11        Dignity Health intends to seek leave to file a second amended complaint for purposes of

12   adding an unjust enrichment claim, on or before August 29, 2025.  In light of the forthcoming

13   amendment request, the parties ask the court to extend the deadline for SilverSummit to answer

14   the amended complaint and for the parties to submit a proposed discovery plan and scheduling

15   order by approximately 30 days, from August 21, 2025, through and including September 22,

16   2025.

17        Extending the deadline will preserve the parties' and the court's resources and serve the

18   interest of judicial economy.  Indeed, as it stands, the amended complaint is limited to a breach of

19   contract claim in count I that arises out of an agreement between the parties that applies to a single

20   health plan beneficiary and only one of the 13 healthcare services claims originally at issue in the

21   amended complaint.  Dignity Health's forthcoming unjust enrichment claim will encompass a

22   broader swath of healthcare services claims.  The proposed second amended complaint will

23   therefore impact the nature and scope of the claims at issue in this case and, thus, the nature and

24   scope of discovery and SilverSummit's defenses.

HB: 4917-0295-1263.2

1    This is the first time SilverSummit has requested an extension of time to answer the

2 amended complaint.   The court previously extended the deadline for the parties to submit a

3 proposed discovery plan and scheduling order on two occasions, given the pendency of

4 SilverSummit's prior motions to dismiss.  Dkt. 20, 30.

5 Dated: August 18, 2025

STEPHENSON, ACQUISTO & COLMAN

6

By: s/ Marcus Morrow_____

7 Marcus Morrow
*Admitted Pro Hac Vice*

8
*Attorney for Plaintiff Dignity Health*

9
HUSCH BLACKWELL LLP

10
By: s/ Abraham J. Souza_____

11  Abraham J. Souza
*Admitted Pro Hac Vice*

12
*Attorney for Defendant SilverSummit Health*

13 *Plan, Inc.*

14

15    **IT IS SO ORDERED**.

16    Dated this 18th day of August, 2025.

17

18 _____
UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

HB: 4917-0295-1263.2