KAEMPFER CROWELL
Louis M. Bubala III
Nev. Bar No. 8974
50 W. Liberty Street, Suite 1100
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
E-Mail: lbubala@kcnvlaw.com

KAEMPFER CROWELL
Kristopher J. Kalkowski
Nev. Bar. No. 14892
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
E-Mail: kkalkowski@kcnvlaw.com

HUSCH BLACKWELL LLP
Abraham J. Souza
*Admitted Pro Hac Vice*
8001 Forsyth Blvd., Ste. 1500
St. Louis, Missouri 63105
Telephone: (314) 345-6225
Facsimile: (314) 480-1505
E-Mail: abraham.souza@huschblackwell.com

*Attorneys for Defendant*
*SilverSummit Health Plan, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIGNITY HEALTH, a California non-profit public benefit corporation, d/b/a ST. ROSE DOMINICAN HOSPITAL,<br><br>Plaintiff,<br><br>vs.<br><br>SILVERSUMMIT HEALTH PLAN, INC.; DOES 1 THROUGH 25; and ROES 1 THROUGH 25,<br>Defendants. | Case No. 2:25-cv-00576-JAD-EJY<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR SILVERSUMMIT TO RESPOND TO SECOND AMENDED COMPLAINT AND FOR THE PARTIES TO SUBMIT A PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER BY SEVEN DAYS**<br><br>**(First and Fourth Requests, Respectively)** |

Plaintiff Dignity Health d/b/a St. Rose Dominican Hospital ("Dignity Health"), and defendant SilverSummit Health Plan, Inc. ("SilverSummit"), by their attorneys, submit this stipulation and order, extending the deadline for SilverSummit to respond to the second amended complaint and for the parties to submit a proposed discovery plan and scheduling order by seven

days, from September 22, 2025, through and including September 29, 2025.

This is a payor-provider dispute, alleging that SilverSummit underpaid Dignity Health for certain healthcare services claims. The court recently granted Dignity Health leave to file a second amended complaint, which was filed on the docket on September 8, 2025. Dkt. 49. SilverSummit's responsive pleading is currently due on September 22, 2025. Dkt. 48 (indicating that SilverSummit's responsive pleading is due 14 days from the date the second amended complaint is filed); *see also* Fed. R. Civ. P. 15(a)(3). The parties' proposed discovery plan and scheduling order is likewise due that same day. Dkt. 44 (stipulation and order).

The second amended complaint spans 109 paragraphs and encompasses more than a dozen healthcare services claims for services rendered between 2019 and 2022. Given the scope of the allegations at issue, the parties request a modest extension to submit a proposed discovery plan and scheduling order. SilverSummit likewise requests additional time to complete its evaluation of the allegations in the recently filed second amended complaint and to prepare a responsive pleading. In consideration of the foregoing, the parties submit this stipulation and order, extending the deadline for SilverSummit to respond to the second amended complaint and for the parties to submit a proposed discovery plan and scheduling order by seven days, from September 22, 2025, through and including September 29, 2025.

This is the first time SilverSummit has requested an extension of time to respond to the second amended complaint. The court previously extended the deadline for the parties to submit a proposed discovery plan and scheduling order on three occasions, given the pendency of

SilverSummit's prior motions to dismiss and Dignity Health's intent to file a second amended complaint. Dkt. 20, 30, 44.

Dated: September 17, 2025

STEPHENSON, ACQUISTO & COLMAN

By: s/ Marcus Morrow
Marcus Morrow
*Admitted Pro Hac Vice*

*Attorney for Plaintiff Dignity Health*

HUSCH BLACKWELL LLP

By: s/ Abraham J. Souza
Abraham J. Souza
*Admitted Pro Hac Vice*

*Attorney for Defendant SilverSummit Health Plan, Inc.*

**IT IS SO ORDERED**.

Dated this 17th day of September, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

HB: 4910-3549-9626.1