STEPHENSON, ACQUISTO & COLMAN, INC.
Marcus R. Morrow
*Admitted Pro Hac Vice*
500 N. Brand Blvd., Suite 1450
Glendale, CA 91203
(818) 559-4477
mmorrow@sacfirm.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIGNITY HEALTH, a California non-profit public benefit corporation, d/b/a ST. ROSE DOMINICAN HOSPITAL,<br><br>Plaintiff,<br><br>vs.<br><br>SILVERSUMMIT HEALTH PLAN, INC.; DOES 1 THROUGH 25; and ROES 1 THROUGH 25,<br>Defendants. | Case No. 2:25-cv-00576-JAD-EJY<br><br>**STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE THIRD AMENDED COMPLAINT *INSTANTER* AND EXTENDING REMAINING DEADLINES**<br><br>**(Second Request)** |

Plaintiff Dignity Health d/b/a St. Rose Dominican Hospital ("Dignity Health"), and defendant SilverSummit Health Plan, Inc. ("SilverSummit") (together, "the Parties"), by their attorneys, submit this Stipulation and Order, granting Dignity Health leave to file its Third Amended Complaint (attached as Exhibit A) *instanter* and extending the Parties' expert disclosure and other remaining deadlines by approximately 90 days to give the Parties the opportunity to complete written, documentary, and oral discovery prior to disclosing experts, and to facilitate further discussions regarding potential resolution, given the shifting scope of the case.  In support of this Stipulation and Order, the Parties state as follows:

This is a payor-provider dispute, alleging that SilverSummit underpaid Dignity Health for

certain healthcare services claims.  Among other deadlines, the currently operative Scheduling Order entered by the Court sets an expert disclosure deadline of May 29, 2026, and a discovery cut-off of July 29, 2026.  Dkt. 61.

The Parties have been working diligently on discovery.  In addition to exchanging initial disclosures and requesting and obtaining entry of a Stipulated Protective Order governing the production of confidential information, Dkt. 56, 57, the Parties have exchanged written discovery requests and responses, and more than 13,000 pages of documents have been produced.  Document production remains ongoing.  The Parties have also engaged in preliminary discussions regarding the potential resolution of this case and have shared information in connection with that exercise.  In light of the discovery conducted so far, Dignity Health has decided to amend its complaint to remove and dismiss 12 of the 13 patient claims at issue and thus focus its complaint and remaining discovery on the singular remaining patient claim.  *See* Third Amended Complaint attached.  SilverSummit consents to the amendment, while reserving all of its rights, claims, and defenses as to the Third Amended Complaint.

Given the shifting scope of this case in light of the proposed Third Amended Complaint, the Parties need additional time to complete written, documentary, and oral discovery, and to consider the need for expert witnesses.  As noted above, a significant volume of documents has been produced so far, with potentially more to come, and the Parties will need to complete their review, meet and confer regarding any discovery disputes, prepare for and take depositions, and obtain those transcripts prior to disclosing experts.  The Parties will also need to depose those experts and disclose rebuttal experts.

In consideration of the foregoing, and in accordance with Fed. R. Civ. P. 15 and Local Rules 15-1 and 26-3, the Parties respectfully request permission for Dignity Health to file its Third Amended Compliant and an extension of all remaining deadlines by approximately 90 days.  In

addition to giving the Parties the time needed to complete fact and expert discovery in this case, the requested extension will also allow the Parties to assess the impact of the Third Amended Complaint and consider continued discussions regarding potential resolution and thus will serve the interest of judicial economy.  Accordingly, the Parties respectfully submit that they have established good cause for the extension request in accordance with Local Rule 26-3.  Although this request falls within 21 days of the May 29, 2026, expert disclosure deadline, Dignity Health's decision to file a Third Amended Complaint is a recent development that impacts the scope of this case and the Parties' corresponding discovery needs.

If the Court were to grant the requested extension, the expert disclosure and other remaining deadlines would be revised as follows:

| Item | Current Deadline | Revised Deadline |
|---|---|---|
| Fed. R. Civ. P. 26(a)(2) Expert Disclosures | May 29, 2026 | August 28, 2026 |
| Rebuttal Expert Disclosures | June 29, 2026 | September 28, 2026 |
| Discovery Cut-Off | July 29, 2026 | October 28, 2026 |
| Dispositive Motions | August 28, 2026 | November 30, 2026 |
| Pretrial Order, including Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures | September 28, 2026, or 30 days after the Court rules on the Parties' dispositive motions, whichever is later | December 29, 2026, or 30 days after the Court rules on the Parties' dispositive motions, whichever is later[1] |

---

[1] As set forth in the Court's original Scheduling Order, and in the event both Parties file dispositive motions and the Court issues its rulings on separate days, the 30-day period referenced in this paragraph shall begin to run on the later of the two ruling days (*i.e.*, from the date the last dispositive motion is ruled upon).  Dkt. 54 at 3, ¶ 7.

This is the second time that the Parties have requested an extension of the deadlines in the Court's Scheduling Order, Dkt. 60, 61, and the third time for Dignity Health to amend its Complaint.

Dated: May 15, 2026

STEPHENSON, ACQUISTO & COLMAN

By: s/ Marcus Morrow_____
Marcus Morrow
*Admitted Pro Hac Vice*

*Attorney for Plaintiff Dignity Health*

HUSCH BLACKWELL LLP

By: s/ Abraham J. Souza_____
Abraham J. Souza
*Admitted Pro Hac Vice*

*Attorney for Defendant SilverSummit Health Plan, Inc.*

**IT IS HEREBY ORDERED** that discovery and scheduling dates are extended as requested.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly asked to separate ECF No. 64-1 from ECF No. 64 and file the same as the Third Amended Complaint.

**IT IS FURTHER ORDERED** that the responsive pleading is due no later than **May 29, 2026**.

Dated this 15th day of May 2026.

_____
UNITED STATES MAGISTRATE JUDGE