HUSCH BLACKWELL LLP
Abraham J. Souza
*Admitted Pro Hac Vice*
8001 Forsyth Blvd., Ste. 1500
St. Louis, Missouri 63105
Telephone: (314) 345-6225
Facsimile: (314) 480-1505
Email: abraham.souza@huschblackwell.com

*Attorneys for Defendant*
*SilverSummit Health Plan, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIGNITY HEALTH, a California non-profit public benefit corporation, d/b/a ST. ROSE DOMINICAN HOSPITAL,<br><br>Plaintiff,<br><br>vs.<br><br>SILVERSUMMIT HEALTH PLAN, INC.; DOES 1 THROUGH 25; and ROES 1 THROUGH 25,<br>Defendants. | Case No. 2:25-cv-00576-JAD-EJY<br><br>**STIPULATION AND ORDER EXTENDING REMAINING DEADLINES BY APPROXIMATELY 14 DAYS**<br><br>**(Third Request)** |

Plaintiff Dignity Health d/b/a St. Rose Dominican Hospital ("Dignity Health"), and defendant SilverSummit Health Plan, Inc. ("SilverSummit") (together, "the Parties"), by their attorneys, submit this Stipulation and Order, extending the Parties' expert disclosure and other remaining deadlines by approximately 14 days to account for forthcoming depositions. In support of this Stipulation and Order, the Parties state as follows:

This is a payor-provider dispute. As narrowed by the Third Amended Complaint, Dignity Health alleges that SilverSummit underpaid it for a certain healthcare services claim under a Single Case Agreement between the Parties. Among other deadlines, the currently operative Scheduling Order entered by the Court sets an expert disclosure deadline of August 28, 2026, and a discovery

cut-off of October 28, 2026. Dkt. 65 at 3.

The Parties have been working diligently on discovery. In addition to exchanging initial disclosures and requesting and obtaining entry of a Stipulated Protective Order governing the production of confidential information, Dkt. 56, 57, the Parties have exchanged written discovery requests and responses and have substantially completed their document productions, producing more than 13,000 pages of documents. The Parties have also engaged in discussions regarding the potential resolution of this case and have shared information in connection with that exercise. Depositions have been scheduled for August 18-19, 2026, including pursuant to Fed. R. Civ. P. 30(b)(6).

In light of the forthcoming depositions, and to give the Parties sufficient time to obtain the transcripts from those depositions and make final decisions regarding expert witnesses, the Parties respectfully request a 14-day extension of remaining deadlines. The Parties respectfully submit that they have established good cause for the extension request in accordance with Local Rule 26-3, and although this request falls within 21 days of the August 28, 2026, expert disclosure deadline, the Parties agree that the forthcoming depositions necessitate a modest extension of remaining deadlines.

If the Court were to grant the requested extension, the expert disclosure and other remaining deadlines would be revised as follows:

| **Item** | **Current Deadline** | **Revised Deadline** |
|---|---|---|
| **Fed. R. Civ. P. 26(a)(2) Expert Disclosures** | **August 28, 2026** | **September 11, 2026** |
| **Rebuttal Expert Disclosures** | **September 28, 2026** | **October 13, 2026** |
| **Discovery Cut-Off** | **October 28, 2026** | **November 12, 2026** |
| **Dispositive Motions** | **November 30, 2026** | **December 14, 2026** |

| Item | Current Deadline | Revised Deadline |
|---|---|---|
| **Pretrial Order, including Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures** | **December 29, 2026, or 30 days after the Court rules on the Parties' dispositive motions, whichever is later** | **January 12, 2027, or 30 days after the Court rules on the Parties' dispositive motions, whichever is later[1]** |

This is the third time that the Parties have requested an extension of the deadlines in the Court's Scheduling Order. Dkt. 60, 61, 64, 65.

Dated: August 17, 2026

STEPHENSON, ACQUISTO & COLMAN

By: s/ Marcus Morrow___________
Marcus Morrow
*Admitted Pro Hac Vice*

*Attorney for Plaintiff Dignity Health*

HUSCH BLACKWELL LLP

By: s/ Abraham J. Souza____________________
Abraham J. Souza
*Admitted Pro Hac Vice*

*Attorney for Defendant SilverSummit Health Plan, Inc.*

**IT IS SO ORDERED**.

Dated this 17th day of August 2026.

UNITED STATES MAGISTRATE JUDGE

[1] As set forth in the Court's original Scheduling Order, and in the event both Parties file dispositive motions and the Court issues its rulings on separate days, the 30-day period referenced in this paragraph shall begin to run on the later of the two ruling days (*i.e.*, from the date the last dispositive motion is ruled upon). Dkt. 54 at 3, ¶ 7. LR IA 6-2